**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 26-13-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| DONALD JOSEPH STANDING BEAR ROMERO, | |
| Defendant. | |

Upon Donald Joseph Standing Bear Romero's Motion to Temporary Release and with good cause shown, IT IS HEREBY ORDERED that Romero will be released from custody at 5:00 p.m. on Monday, August 3, 2026, and return to the Cascade County Detention Center by 6:00 p.m. on Tuesday, August 4, 2026.

1

DATED this 31st day of July 2026.


Brian Morris, Chief District Judge
United States District Courts