**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 26-13-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| DONALD JOSEPH STANDING BEAR ROMERO, | |
| Defendant. | |

The Court has been advised by the U.S. Marshal Service that there is an arrest warrant out of Richland County, Montana for the arrest of Defendant Donald Joseph Standing Bear Romero (Romero.) Accordingly, IT IS HEREBY ORDERED that Romero will not be released from custody on August 3, 2026.

1

DATED this 31st day of July 2026.

Brian Morris, Chief District Judge
United States District Courts